

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00164-CV

---

BUEFORD FRIEMEL, APPELLANT

V.

DAVID DANIELS AND NANCY DANIELS, APPELLEES

---

On Appeal from the 181st District Court
Randall County, Texas
Trial Court No. 86973B, Honorable Titiana Frausto, Presiding

---

April 30, 2026

## MEMORANDUM OPINION

Before DOSS and YARBROUGH and PRATT, JJ.

Appellant, Bueford Friemel, proceeding pro se, filed a notice of appeal on March 27, 2026, without identifying the judgment or order being appealed. The trial court clerk subsequently notified the Court that no judgment or appealable order has been issued in this case. Generally, appellate courts have jurisdiction to review only final judgments or interlocutory orders made immediately appealable by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998) (per curiam). Accordingly, by letter of March 31, 2026, we directed Appellant to

show how we have jurisdiction over this appeal by April 10, 2026.  Appellant has not filed a response or had any further communication with this Court to date.

Appellant also failed to pay the required filing fee upon filing his notice of appeal. By letter of March 31, 2026, we notified Appellant that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by April 10, 2026, would result in dismissal of the appeal.  Appellant has yet to pay the filing fee or seek leave to proceed without payment of court costs.

Accordingly, we dismiss this appeal for want of jurisdiction and because Appellant has failed to pay the requisite filing fee.  *See* TEX. R. APP. P. 42.3(a), (c).

Per Curiam